EXHIBIT A

Charles R. Cashmore
**CASHMORE & GRANT, P.C.**
301 N. 27th St., Ste.100
Billings, MT 59101
Tele: (406) 245-2194
email: ccashlaw@aol.com

Attorneys for Plaintiff

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## YELLOWSTONE COUNTY

| | |
|---|---|
| ERIN HARMS, | Cause No.: DV 19-1213 |
| Plaintiff, | Judge: GREGORY R. TODD |
| v. | SUMMONS |
| VITALANT, | |
| Defendant. | |

**TO:** Vitalant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, you must serve on the Plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the Plaintiff or Plaintiff's attorneys, if Plaintiff is represented by attorneys, whose names and addresses are listed above.

Summons - 1

1  If you fail to respond, judgment by default will be entered against you for
2  the relief demanded in the Complaint.
3  You also must file your answer or motion with the court.

TERRY HALPIN
CLERK OF DISTRICT COURT

Date: 9-5-19    By: Ronda M Duncan

CLERK OF THE
DISTRICT COURT
TERRY BALDWIN

2019 SEP 5 PM 3 54

FILED

BY _____
           DEPUTY

Charles R. Cashmore
**CASHMORE & GRANT, P.C.**
301 N. 27th St., Ste. 100
Billings, MT 59101
Tele: (406) 245-2194
email: ccashlaw@aol.com

Attorneys for Plaintiff

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2019 SEP 5 PM 3 50

BY _____
DEPUTY

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
## YELLOWSTONE COUNTY

ERIN HARMS,

    Plaintiff,

v.

VITALANT,

    Defendant.

) CAUSE NO.: DV 19-1213
)
) JUDGE: GREGORY R. TODD
)
)
) **COMPLAINT FOR**
) **WRONGFUL DISCHARGE FROM**
) **EMPLOYMENT**
) **AND**
) **JURY DEMAND**
)
)

---

Plaintiff alleges:

1. Plaintiff is a resident of Billings, Yellowstone County, Montana.

2. Defendant Vitalant is a corporation doing business in Montana and until April 8, 2019, employed Plaintiff in Billings, Yellowstone County, Montana.

3. On or about April 8, 2019, Defendant discharged Plaintiff from her employment with Defendant.

4. Defendant's discharge of Plaintiff from her employment was wrongful under §39-2-904(b) of Montana's Wrongful Discharge From Employment Act in that the discharge was not for good cause and Plaintiff had completed any probationary period of employment. On information and belief, the reason claimed by Defendant for Plaintiff's discharge was not

Verified Complaint for Wrongful Discharge from Employment and Jury Demand - 1

the true reason but rather was a pretext designed to deprive Plaintiff of any severance pay or benefits and to allow Defendant to eliminate the job position Plaintiff held without paying her any severance or otherwise incurring any severance pay or benefit obligation to her.

5. On information and belief, Defendant's discharge of Plaintiff from her employment was wrongful under §39-2-904(c) of Montana's Wrongful Discharge From Employment Act in that Defendant violated the express provisions of its own written personnel policy.

6. As a result of the wrongful discharge of Plaintiff by Defendant, Plaintiff is entitled to lost wages and fringe benefits, together with interest thereon, for a period not to exceed four years from the date of discharge less any interim earnings, all as provided for by §39-2-905, MCA.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant as follows:

1. For lost wages, fringe benefits, and interest thereon in such amounts as may be shown at trial;

2. For costs and such other and further relief as the Court deems proper.

PLAINTIFF DEMANDS TRIAL BY JURY.

Dated this 6th day of August, 2019.

*Charles R. Cashmore*
Attorney for Plaintiff

## VERIFICATION

STATE OF MONTANA   )
                   :ss
County of Yellowstone )

Erin Harms, after first being duly sworn upon her oath, deposes and says:

That she is the Plaintiff in this action, has read the above Complaint being filed in the action, and hereby verifies that the facts and matters contained in the Complaint are true, accurate and complete to the best of her knowledge, information and belief.

_____
Erin Harms

Subscribed and sworn to before me this 6th day of August, 2019, by Erin Harms.

CHARLES R CASHMORE
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
July 23, 2022

Print Name: CHARLES R. Cashmore

Verified Complaint for Wrongful Discharge from Employment and Jury Demand - 3