IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
NOV 12 2020
Clerk, U S District Court
District Of Montana
Billings

ERIC HARMS,

   Plaintiff,

vs.

VITALANT,

   Defendant.

CV 19-115-BLG-SPW

ORDER

The Court having been notified of the settlement of this case (Doc. 31), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 45 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are **VACATED** and any pending motions are **DENIED** as moot.

IT IS FURTHER ORDERED that the final pretrial conference set for November 18, 2020 at 1:30 p.m. is **VACATED** and the jury trial set for December 7, 2020, is **VACATED**.

DATED this 12th day of November, 2020.

SUSAN P. WATTERS
United States District Judge